**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| **ELIJAH E. CUMMINGS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 17-cv-02308 (APM)** |
| ) | |
| **EMILY W. MURPY, Administrator,** ) | |
| **General Services Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 20, Defendant's

Motion to Dismiss, ECF No. 8, is granted, and Plaintiffs' Cross-Motion for Summary Judgment,

ECF No. 11, is denied.

This is a final, appealable order.

Dated: August 14, 2018

Amit P. Mehta
United States District Judge